THERMOID RUBBER COMPANY, Appellant, v. BRICTSON, Respondent.

(159 N. W. 872.)

(File No. 4081. Opinion filed November 13, 1916.)

**Appeals—No Briefs or Stipulation, Filed—Abandonment of Appeal— Affirmance.**

Where appellant failed to file a brief on appeal, or a stipulation extending time therefor, the appeal will be deemed abandoned, and the order appealed from affirmed.

Appeal from Circuit Court, Brookings County. Hon. Carl G. Sherwood, Judge.

Action by Thermoid Rubber Company, against O. A. Brictson, trading under the name of The Brictson Manufacturing Company. From an order overruling demurrer to defendant's counter-claim, plaintiff appeals. Affirmed.

*Cheever & Cheever,* for Appellant.

*Hall, Alexander & Purdy,* for Respondent.

GATES, J. This appeal is from an order overruling a demurrer to a counterclaim contained in defendant's answer. The appeal was perfected July 7, 1916. No briefs have been filed in this court, nor has any stipulation been filed, extending the time for such filing. The appeal will therefore be deemed abandoned, and the order appealed from is affirmed.